| FORM B1 | United States Bankruptcy Court<br>District of Hawaii | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>ALOHA AIRLINES, INC., a Delaware corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all):<br>99-0064888 | Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>500 Ala Moana Boulevard<br>Two Waterfront Plaza, Suite 500<br>Honolulu, Hawaii 96813 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  Honolulu | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>P.O. Box 30028<br>Honolulu, Hawaii 96820 | Mailing Address of Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

04-03064

## Information Regarding the Debtor (Check Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ☑ Chapter 11   ☐ Chapter 13 | |
| ☑ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ☑ Business | ☑ Full Filing Fee attached<br>☐ Filing fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay the fee except in<br>installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under
11 U.S.C. § 1121(e) (Optional)

---

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to creditors.

| Estimated Number of Creditors | | | | | |
|---|---|---|---|---|---|
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More Than<br>$100 Million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More Than<br>$100 Million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

This Space For Court Use Only

2004 DEC 30 PM 3:06

ORIGINAL

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>ALOHA AIRLINES, INC., a Delaware corporation |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _~~signature~~_____
   Signature of Attorney for Debtor(s)
   Don Jeffrey Gelber                            628

Printed Name of Attorney for Debtor(s)     Bar ID Number
Gelber, Gelber, Ingersoll & Klevansky

Firm Name
   745 Fort Street, Suite 1400

Address  Honolulu, Hawaii 96813

   (808) 524-0155

Telephone Number
                        DEC 30 2004
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_~~signature~~_____
Signature of Authorized Individual
   David A. Banmiller

Printed Name of Authorized Individual
   President and Chief Executive Officer

Title of Authorized Individual
                        DEC 30 2004
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
   Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
   Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

## CERTIFICATE OF SECRETARY OF
## ALOHA AIRLINES, INC.

I, Han H. Ching, hereby certify that:

1.    I am the duly elected, qualified and acting Secretary of ALOHA AIRLINES, INC., a Delaware corporation (the "Company"), and as such have access to its corporate records and am familiar with the matters herein certified.

2.    Attached hereto as Exhibit A is a true and correct copy of resolutions, and the preambles thereto, adopted on December 28, 2004 at a meeting of the Board of Directors of the Company at which meeting a quorum was present and acting throughout, and the resolutions and preamble set forth in Exhibit A hereto were duly adopted by the Board of Directors and are in full force and effect on and as of the date hereof, and have not been in any way amended, annulled, rescinded or revoked.

IN WITNESS WHEREOF, I have hereunto set my hand this 29th day of December, 2004.

———————————————————
HAN H. CHING
Secretary of Aloha Airlines, Inc.

**Exhibit A**

RESOLUTIONS OF ALOHA AIRLINES, INC.

WHEREAS, the Board of Directors have determined that it would be in the best interests of Aloha Airlines, Inc. (the "Company") to file a petition (the "Petition") commencing a proceeding under Chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Proceeding");

NOW, THEREFORE, IT IS RESOLVED, that the Board of Directors hereby (1) approves, authorizes and consents to the filing by the Company of the Petition commencing the Chapter 11 Proceeding, (2) approves the retention of Gelber, Ingersoll & Klevansky as general counsel to the Company in connection with the Chapter 11 Proceeding and (3) authorizes any one (1) of the following officers of the Company to execute the Petition and any other documents and certificates which may be deemed necessary, proper, advisable or appropriate by any one (1) of such officers to effectuate, or otherwise in connection with, the Petition or the Chapter 11 Proceeding, all upon such terms, conditions and provisions as agreed to or approved by any one (1) of such officers, and in the forms approved by any one (1) of such officers:

DAVID A. BANMILLER, President and Chief Executive Officer
JAMES C. CLARKE, Senior Vice President and Chief Financial Officer

It being understood that the foregoing resolution is an express authorization of the Board of Directors pursuant to Section 5.01 of the Bylaws of the Company, that any or all of the Petition and such other documents and certificates may be executed and delivered by any one (1) officer of the Company, and such documents and instruments so signed and delivered by one (1) officer of the Company shall be binding upon the Company; and

FURTHER RESOLVED, that such officers of the Company be and they hereby are authorized and empowered to do and perform, or cause to be done and performed, any and all such other acts, matters and things as in their judgment may be necessary, proper, advisable, appropriate or convenient in order to effectuate the foregoing resolution.

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

Case No. _____

In re ALOHA AIRLINES, INC.,

Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| First Hawaiian Bank<br>P.O. Box 1959<br>Honolulu, HI 96805 | Nicholas C. Dreher, Esq.<br>Cades Schutte LLP<br>Cades Schutte Building<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br>Telephone:    (808) 521-9200<br>Facsimile:    (808) 540-5054 | Trade debt - credit card | | 42,832,029.16 |
| American Express<br>677 Ala Moana Blvd., Suite 1025<br>Honolulu, HI 96813 | Mr. Tom Mullen<br>Director/General Manage,<br>Consumer Travel/Establishment Services, Hawaii, Guam, Micronesia<br>Telephone: 808-585-3223<br>Facsimile: 808-566-6282 | Trade debt - credit card | | 13,339,440.49 |
| ARC<br>1530 Wilson Blvd., Suite 800<br>Arlington, VA 22209-2448 | | Trade debt | | 12,155,932.64 |
| Milici Valenti Ng Pack Inc.<br>999 Bishop Street, 24th Floor<br>Honolulu, HI 96813 | N. Ng Pack<br>Telephone: 808-536-0881<br>Facsimile: 808-529-6208 | Trade debt | | 3,215,931.18 |
| BSP Canada<br>c/o IATA<br>800 Place Victoria<br>P.O. Box 113<br>Montreal, Quebec<br>Canada H4Z 1M1 | | Trade debt | | 1,843,952.87 |

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Glenn Zander<br>4351 Frey's Farm Lane<br>Kennesaw, GA 30152 | Facsimile: 770-428-2313 | Severance | | 1,500,000.00 |
| BSP Japan<br>c/o IATA<br>4th Floor Aviation Bldg.<br>18-1, Shinbashi 1-Chome,<br>Minato-ku, Tokyo 105-000 Japan | Telephone: 81-3-3595-1878<br>Facsimile: 81-3-3597-0633 | Trade debt | | 1,440,141.44 |
| Discover<br>2500 Lake Cook Road<br>Riverwoods, IL 60015 | Mr. Mike Canady<br>General Manager<br>Telephone: 224-405-1985<br>Facsimile: 847-405-2894 | Trade debt - credit card | | 1,429,978.58 |
| State of Hawaii<br>400 Rodgers Blvd., Suite 700<br>Honolulu, HI 96819-1880 | Rodney K. Hiraga, Director | Trade debt | | 1,397,090.06 |
| Bank of Hawaii<br>P.O. Box 3170<br>Honolulu, HI 96802 | Kevin Malmud | Pension | | 1,260,881.01 |
| Pratt & Whitney Air New Zealand<br>P.O. Box 14005<br>Christchurch Airport,<br>New Zealand | Steve Cousens<br>Key Account Manager<br>Telephone: 64-3-3747000<br>Facsimile: 64-3-3747001 | Trade debt | | 958,987.23 |
| Marsh USA Inc - HNL<br>P.O. Box 31000<br>Honolulu, HI 96849-5029 | Telephone: 808-585-3500 | Trade debt | | 459,324.46 |
| Diner's<br>16526 W. 78 Street<br>PMB 352<br>Eden Prairie, MN 55346 | Ms. Helen Mannix<br>V.P. Travel Industry & Enter.<br>Telephone: 781-639-8286<br>Facsimile: 781-639-8694 | Trade debt - credit card | | 426,352.74 |
| Hawaii Medical Service Assn.<br>P.O. Box 4720<br>Honolulu, HI 96812-4720 | John Hamakawa<br>Account Executive<br>Telephone: 808-948-5507 | Trade debt | | 402,379.00 |
| Boeing Commercial Airplane Co.<br>P.O. Box 3707<br>Seattle, WA 98124-2207 | John Ahern<br>Telephone: 425-237-4842 | Trade debt | | 360,080.51 |

U.S. Bankruptcy Court - Hawaii   #04-03064   Dkt # 2   Filed  12/30/04   Page 6 of 22

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Honeywell 1944 E Sky Harbor Circle Phoenix, AZ 85034 | | Trade debt | | 345,859.30 |
| Air Canada P.O. Box 637 Winnepeg, Manitoba, R3C 2K5 Canada | | Trade debt | | 332,199.31 |
| SITA 112 Avenue Charles De Gualle 92522 Neuilly-Sur Seine CEDEX, France | | Trade debt | | 309,762.28 |
| Gate Gourmet Inc. P.O. Box 415000 Nashville, TN 37241-5000 | Joey Somera | Trade debt | | 300,221.12 |
| American Automobile 1000 AAA Drive Heathrow, FL 32746-5063 | Norma Mitchell | Trade debt | | 278,033.58 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, DAVID A. BANMILLER, the President and Chief Executive Officer of the named debtor in this case, declares under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: _____DEC 3 0 2004_____       X _____
                                   Signature

                                   David A. Banmiller, President and Chief Executive Officer
                                   (Print Name and Title)

GELBER, GELBER, INGERSOLL
    & KLEVANSKY
     A Law Corporation

DON JEFFREY GELBER    628-0
SIMON KLEVANSKY    3217-0
ALIKA L. PIPER    6949-0
Suite 1400, 745 Fort Street
Honolulu, Hawaii  96813
Telephone:   (808) 524-0155
Facsimile:   (808) 531-6963
E-Mail:  D.J.Gelber@ggik.com
      sklevansky@ggik.com
      apiper@ggik.com

Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | ) | Case No._____ |
| | ) | (Chapter 11) |
| ALOHA AIRLINES, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

0100307.wpd

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of

creditors is true and correct to the best of my knowledge.

     DATED:  Honolulu, Hawaii, _____DEC 3 0 2004_____.

     ALOHA AIRLINES, INC.
     a Delaware corporation

     By_____
       Name:
       Title:

Air Canada
P.O. Box 637
Winnepeg, Manitoba, R3C 2K5
CANADA


American Automobile
1000 AAA Drive
Heathrow, FL 32746-5063


American Express
677 Ala Moana Blvd., Suite 1025
Honolulu, HI 96813


ARC
1530 Wilson Blvd., Suite 800
Arlington, VA 22209-2448


Bank of Hawaii
P.O. Box 3170
Honolulu, HI  96802


Boeing Commercial Airplane Co.
P.O. Box 3707
Seattle, WA 98124-2207


BSP Canada
c/o IATA
800 Place Victoria, P.O. Box 113
Montreal, Quebec
CANADA H4Z 1M1

BSP Japan
c/o IATA, 4th Floor Aviation Bldg.
18-1 Shinbashi 1-Chome, Minato-ku,
Tokyo  105-000
JAPAN


Diner's
16526 W. 78 Street
PMB 352
Eden Prairie, MN 55346


Discover
2500 Lake Cook Road
Riverwoods, IL 60015


First Hawaiian Bank
P.O. Box 1959
Honolulu, HI 96805


Gate Gourmet Inc.
P.O. Box 415000
Nashville, TN 37241-5000


Hawaii Medical Service Assn.
P.O. Box 4720
Honolulu, HI 96812-4720


Honeywell
1944 E Sky Harbor Circle
Phoenix, AZ 85034

Marsh USA Inc - HNL
P.O. Box 31000
Honolulu, HI 96849-5029


Milici Valenti Ng Pack Inc.
999 Bishop Street, 24th Floor
Honolulu, HI 96813


Pratt & Whitney Air New Zealand
P.O. Box 14005
Christchurch Airport,
NEW ZEALAND


SITA
112 Avenue Charles De Gualle
92522 Neuilly-Sur Seine
CEDEX
FRANCE


State of Hawaii
400 Rodgers Blvd., Suite 700
Honolulu, HI 96819-1880


Glenn Zander
4351 Frey's Farm Lane
Kennesaw, GA 30152

International Association of Machinists
and Aerospace Workers (IAM)
Local Lodge 1245
1934 Hau St.
Honolulu, HI 96819


The Association of Flight Attendants
(AFA)
3375 Koapaka St., #D-131
Honolulu, HI 96819-1868


Airline Pilots Association (ALPA)
3375 Koapaka St., #F238-10
Honolulu, HI 96819


Transport Workers Union (TWU)
Local 540
421 N. Highway, Suite 201
Barrington, IL 60010


First Hawaiian Bank
Agent: Bancwest Corporation
Attn: Ass't Secretary, Legal Dept.
999 Bishop Street, 8th Floor
Honolulu, HI 96813


City Bank
c/o CB Bancshares, Inc.
Attn: Dean K. Hirata
201 Merchant St.
Honolulu, HI 96813

American Savings Bank
1001 Bishop St., ASB Tower
Honolulu, HI 96813


GOVCO Incorporate
Attn: Sean Portrait,
Govco Administrator
388 Greenwich St, 20th Floor
New York, NY 10013


Citibank, N.A.
Attn: Barbara Kobelt
388 Greenwich Street
20th Floor
New York, NY 10013


Citibank, N.A.
Attn: Onat Acet
2 Penns Way Suite 200
New Castle, DE 19720


BearingPoint, Inc.
(formerly KPMG Consulting)
Attn: Tim Kenny
1676 International Drive
McLean, VA 22102


BearingPoint, Inc.
(formerly KPMG Consulting)
Attn: Group Counsel Public Services
1676 International Drive
McLean, VA 22102

GS Leasing (N827AL), LLC
Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801


AFS Investments XVIII LLC
c/o GE Capital Aviation Services
Attention: Contracts Leader
201 High Ridge Road
Stamford, CT 06927


General Electric Capital Corporation
Attn: Senior V.P. - Corporate Treasury &
Global Funding Operation
260 Long Ridge Road
Stamford, CT 06927-9400


Air Transportation Stabilization Board
(ATSB)
Attn: Executive Director
1120 Vermont Ave, #970
Washington, DC 20005


U. S. Department of the Treasury
Attn: Deputy Assistant Secretary for
Government Financial Policy
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Stadium Partners
dba Stadium Mall Shopping Center
4510 Salt Lake Blvd., B-6
Honolulu, HI   96818


Kaiser Foundation Health Plan, Inc.
Attn: Ms. Loreen Hulihee
531 Ohohai Street
Honolulu, HI 96819


OWP Hawaii, LLC
730 Third Avenue
New York, NY   10017


Sears, Roebuck and Co.
3333 Beverly Road, E3-3788
Hoffman Estates, IL   60179


Bishop Square Associates
Agent: Commonwealth Partners Management
Services, LP
1001 Bishop St., ASB Tower #200
Honolulu, HI 96813


Mitsubishi Jisho Co.
Mitsubishi Shoji Building, 6-3
Marunouchi 2-chome, Chiyoda-ku
Tokyo,  100-8086
JAPAN

Coupin, Paul and Melissa
9 Valley View Drive
Orinda, CA   94563


Michael S. Spalding Revocable Living
Trust dated September 10, 1985
75B N. Church St.
Wailuku, HI   96793


AIPA Properties, LLC
3375 Koapaka Street
Honolulu, HI   96819


Chief, Airports Division
State of Hawaii, Dept. of Transportation
- Airports Div.
Honolulu International Airport
Honolulu, HI 96819


Marshall Islands Airport Authority
P.O. Box 1114
Majuro, MH   96960


Clark County Department of Aviation
Postal Box 11005
Las Vegas, NV   89111-1005


City of Oakland
9532 Earhart Road
Oakland, CA   94621

John Wayne Airport
18601 Airport Way
Santa Ana, CA    92707


Burbank-Glendale-Pasadena Airport
Authority
2627 Hollywood Way
Burbank, CA    91505


Airport Authority of Washoe County
P.O. Box 12490
Reno, NV    89510-2490


Vancouver International Airport
Authority
P.O. Box 23750, Airport Postal Outlet
Richmond, B.C.,
CANADA    V7B1Y7


San Diego County Regional Airport
Authority
3225 N. Harbor Drive
San Diego, CA 92101-1022


Sacramento International Airport
6900 Airport Boulevard
Sacramento, CA 95837


Pago Pago Airport
Tutuila Island
American Samoa

Rarotonga Airport
Cook Islands


Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE   19890-0001


Castle Harbour Leasing Inc.
c/o GE Capital Aviation Services, Inc.
201 High Ridge Road
Stamford, CT   06927


Aircraft 28654 LLC
201 High Ridge Road
Stamford, CT   06927


Aircraft 32582 LLC
201 High Ridge Road
Stamford, CT   06927


Wells Fargo Bank Northwest, N.A., as
Owner Trustee
MAC: U1228-120299 South Main Street, 12th
Street
Salt Lake City, UT   84111


AFS Investments XVIII LLC
201 High Ridge Road
Stamford, CT   06927

AFS Investments XXVIII LLC
c/o GE Capital Aviation Services, Inc.
201 High Ridge Road
Stamford, CT    06927


International Lease Finance Corporation
10250 Constellation Blvd., 34th Floor
Los Angeles, CA    90067


ACG Acquisition VIII LLC (a Delaware
limited liability company)
Three Stamford Landing
46 Southfield Avenue
Stamford, CT    06902


Polaris Holding Company
c/o GE Capital Aviation Services Inc
Attn: Contracts Leader
201 High Ridge Road
Stamford, CT    06927


Compass Capital Corporation
750 Battery Street, Suite 430
San Francisco, CA    94111


Wells Fargo Bank Northwest, N.A., as
Ttee fbo First Security Bank, N.A.
& AAR International, Inc.
79 South Main Street
Salt Lake City, UT    84111

Ajet, Inc.
5718 Westheimer, Suite 1700
Houston, TX   77057


Bjet, Inc.
5718 Westheimer, Suite 1700
Houston, TX   77057


Boeing Capital Corporation
Agent: Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808


Wells Fargo Bank Northwest N.A.,
as owner trustee fbo BCI 2001-4,LLC
Attn: Corporate Trust Dept.
79 South Main Street
Salt Lake City, UT   84111


Wells Fargo Bank Northwest N.A., as
Trustee f/b/o BCI Aircraft Leasing 1999,
L.L.C.
79 South Main Street
Salt Lake City, UT   84111


Wells Fargo Bank Northwest, N. A. fka
First Security Bank, N.A., as Owner Ttee
fbo Fleet Capital Leasing
79 South Main Street
Salt Lake City, UT   84111

The Provident Bank
Agent: CT Corporation System
36 East Seventh Street, Suite 2400
Cincinnati, OH 45202


Coast Business Credit,
a division of Southern Pacific Bank
12121 Wilshire Blvd, #1400
Los Angeles, CA 90025


CIT Group/Equipment Financing, Inc.
1211 Avenue of the Americas
New York, NY 10036


Finova Capital Corporation
1850 North Central Avenue
Phoenix, AZ 85077


Bank of Hawaii
Agent: Cori C. Weston
130 Merchant Street, 22nd Floor
Honolulu, HI 96813


Roesser, Tom E.
Carlsmith Ball LLP
1001 Bishop Street, ASB Tower #2200
Honolulu, HI 96813


Alston, Paul
Atty Ing Family Partnership
Alston Hunt Floyd & Ing

1001 Bishop Street, 18th Floor
Honolulu, HI 96813


Chun, Edward Y.C.
Atty Aloha Securities & Investmnt Co
Chun Kerr Dodd Beaman & Wong LLLC
745 Fort Street, 9th Floor
Honolulu, HI 96813


Lezak, John F.
Atty First Hawaiian Bank
Kobayashi Sugita & Goda
999 Bishop Street, Suite 2600
Honolulu, HI 96813


Dreher, Nicholas C.
Atty First Hawaiian Bank
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, HI 96813